UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
*November 19, 2025*
Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA**,

Plaintiff,

v.

**RICARDO LLOYD JOHNSON**,

Defendant.

Case No.   **4:25-cr-627**

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### INTRODUCTION

At all times material to this Indictment, *MetroPCS* and *Metro by T-Mobile*, both owned by T-Mobile US Inc., with their main corporate office located in Bellevue, Washington, and with stores and products throughout the United States, are engaged in the business of the retail purchase and sale of consumer goods which are shipped in and affect interstate and foreign commerce.

### COUNT ONE

(Interference with Commerce by Robbery)

On or about October 20, 2025, in the Houston Division of the Southern District of Texas, the Defendant,

**RICARDO LLOYD JOHNSON**,

did obstruct, delay and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951, Subsections (b)(1) and (b)(3), in that the Defendant did unlawfully take and obtain the property of *MetroPCS* located at 11338 Chimney Rock Road, Houston, Texas, which was in the possession and custody of an employee of *MetroPCS,* namely

United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of the items.

In violation of Title 18, United States Code, Section 1951.

## COUNT TWO

### (Brandishing a Firearm During the Commission of a Crime of Violence)

On or about October 20, 2025, in the Houston Division of the Southern District of Texas, the Defendant,

**RICARDO LLOYD JOHNSON**,

did knowingly use, carry, and brandish a firearm, namely a handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery, as charged in Count One.

In violation of Title 18, United States Code, Section 924 (c)(1)(A)(ii).

## COUNT THREE

### (Interference with Commerce by Robbery)

On or about November 3, 2025, in the Houston Division of the Southern District of Texas, the Defendant,

**RICARDO LLOYD JOHNSON**,

did obstruct, delay and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951, Subsections (b)(1) and (b)(3), in that the Defendant did unlawfully take and obtain the property of *Metro at T-Mobile* located at 7997 West Airport Boulevard, Houston, Texas, which was in the possession and custody of an employee of *Metro by T-Mobile,* namely United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of the items.

In violation of Title 18, United States Code, Section 1951.

## COUNT FOUR

### (Brandishing a Firearm During the Commission of a Crime of Violence)

On or about November 3, 2025, in the Houston Division of the Southern District of Texas, the Defendant,

### RICARDO LLOYD JOHNSON,

did knowingly use, carry, and brandish a firearm, namely a handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery, as charged in Count Three.

In violation of Title 18, United States Code, Section 924 (c)(1)(A)(ii).

## COUNT FIVE

### (Felon in Possession of a Firearm)

On or about November 3, 2025, in the Houston Division of the Southern District of Texas, the Defendant,

### RICARDO LLOYD JOHNSON,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Smith & Wesson, model SW40C, a semiautomatic pistol, and said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that the firearm, involved in violation of Title 18, United States Code, Section 922(g)(1) as charged in Count Five, is subject to forfeiture, including, but not limited to, the following: a Smith & Wesson, model SW40C, a semiautomatic pistol, with accompanying magazine and ammunition.

**A TRUE BILL:**

Original Signature on File

_____
**FOREPERSON OF THE GRAND JURY**

**NICHOLAS J. GANJEI**
**UNITED STATES ATTORNEY**

BY: _____
   **Tanja Titre**
   **Assistant United States Attorney**